IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,
         Plaintiff,

    v.                                          Civil No. 00-278-PB

Daniel Bishop,
         Defendant,
   and

TD Banknorth,
         Garnishee.

### ASSENTED-TO ORDER TO RELEASE FUNDS AND TO QUASH WRIT OF CONTINUING GARNISHMENT

On June 1, 2009, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court. In accordance with the terms of the Writ of Continuing Garnishment, on June 4, 2009, the defendant's bank accounts held by TD Banknorth, Concord, New Hampshire, were levied on by the United States of America. Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to the defendant by certified mail, return receipt, on June 8, 2009.

Pursuant to 28 U.S.C. §3202(d), the defendant is entitled to a hearing and the defendant hereby waives his right to a hearing on the Writ of Continuing Garnishment. Therefore, it is

ORDERED that funds in the amount of $2,400.00 seized on June 4, 2009, from accounts in the name Daniel Bishop, which are in the possession, custody or control of TD Banknorth, 143 N. Main Street, Concord, NH 03301, be released to the United States of America. Said funds should be made payable to the United

States Department of Justice and sent to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, New Hampshire 03301; and

ORDERED that any funds over $2,400.00 seized on June 4, 2009, from accounts in the name Daniel Bishop, which are in the possession, custody or control of TD Banknorth, 143 North Main Street, Concord, NH 03301, be released back to the defendant, Daniel Bishop; and

ORDERED that the Writ of Continuing Garnishment issued on June 1, 2009, is hereby quashed pursuant to 28 U.S.C. § 3205(10)(A).

|  | Respectfully submitted, |
|---|---|
| DANIEL BISHOP | MICHAEL J. GUNNISON |
| Pro Se Defendant | Acting United States Attorney |
| By: /s/ Daniel Bishop | By: /s/ Michael T. McCormack |
| Daniel Bishop | Michael T. McCormack, AUSA |
| Pro Se Defendant | U.S. Attorney's Office |
| 80 Brown Road | 53 Pleasant Street |
| Deerfield, NH 03037 | Concord, NH 03301 |
| DATED: June 11, 2009 | Dated: June 11, 2009 |

IT IS SO ORDERED.

                                                   U.S. District Court Judge

DATED: June 11, 2009

cc: Michael T. McCormack, AUSA
    Daniel Bishop
    TD Banknorth